UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Dennis P. Glynn

        v.                                   Civil Action No. 1:10-cv-88-JM

Impact Science & Technology

**ORDER STRIKING DOCUMENT AS IT PERTAINS TO
CADQAL DEVELOPMENT, INC. ONLY
AND FOR
CADQAL DEVELOPMENT, INC. TO RETAIN COUNSEL**

**DOCUMENTS/FILER:**      Document No.  [19],  Objection to [17] Motion to Compel James
D. Martin, Shelley Martin and CadQal Development, Inc. to
Produce Documents Pursuant to Subpoenas served on 3/10/10 filed
by James D. Martin, Shelley Martin, CadQal Development, Inc.

**DATE FILED:**          March 10, 2010

The documents above fails to comply with:

      **LR 83.6(c):**    **Corporation or unincorporated association may not appear in
any action or proceeding pro se.**

It is herewith ordered that this document as it pertains to CadQal Development, Inc. only

be stricken.  Document  [19] will remain on the court's docket as it pertains to James D. Martin

and Shelley Marin appearing pro se.

Accordingly, CadQal Development, Inc. is responsible to retain counsel to represent it in

this matter.  Within twenty (20) days of the date of this order, counsel is required to appear, file a

disclosure statement,  and file a response to [17] Motion to Compel James D. Martin, Shelley

Martin and CadQal Development, Inc. to Produce Documents Pursuant to Subpoenas filed by

Impact Science & Technology, Inc.  If  CadQal Development, Inc. does not retain counsel and/or

-1-

counsel fails to file a timely appearance, disclosure statement, and response, the matter will be

referred to a judicial officer for further action.

       SO ORDERED.


Date:  March 15, 2010

<u>/s/ James R. Muirhead</u>
James R. Muirhead
United States Magistrate Judge

cc:     Counsel of Record
         James D. Martin, pro se
         Shelley Martin, pro se