UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Dennis P. Glynn

    v.                              Civil No. 10-cv-88-JM

Impact Science & Technology, Inc., et al

**O R D E R**

    In a continuation of its questionable litigation tactics, Winston & Strawn seeks to compel production of documents from non-parties which are wholly unrelated and completely irrelevant to the action pending in this court (document no. 17). Discovery in the Maryland court has been stayed. The action in this court is solely related to an effort to quash a subpoena. The motion is improper and brought for the pure purpose of harassment.

    Burn and pillage litigation tactics may be acceptable in Washington D.C., but they are not acceptable here.

    The motion (document no. 17) is denied.

    **SO ORDERED.**

                                            _____
                                            James R. Muirhead
                                            United States Magistrate Judge

Date: March 18, 2010

cc:    Garry R. Lane, Esq.
       Karyl Roberts Martin, Esq.
       Ryan S. Spiegel, Esq.
       Sarah M. Hall, Esq.
       James D. Martin, *pro se*
       Shelley Martin, *pro se*