**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Dennis P. Glynn

    v.                                        Civil No. 10-cv-88-JM

Impact Science & Technology, Inc.
Saltwhistle Technology, LLC, and
EDO Corporation

**O R D E R**

Impact Science seeks reconsideration of my March, 18, 2010, order denying its motion to compel enforcement of subpoenas to the Martins and CadQal. The instant motion (document no. 27.1) is based on subtle attempts to get around the two clear bases for the prior order: (1) discovery was stayed by the Maryland Court; and (2) the subpoenas seek evidence wholly irrelevant to the only action here - the enforcement of the Jackson subpoena. I reaffirm my prior order and deny the motion (document 27.1) for the reasons set forth in the objection (document no. 41).[1] [2]

---

[1] This order does not preclude further action to enforce subpoenas relevant to the underlying action <u>after</u> the discovery stay is lifted as to the information sought.

[2] I have granted the motion for leave to reply (document no. 50) and considered the attached reply memorandum (document no. 50.1).

**SO ORDERED.**

_/s/ James R. Muirhead_
James R. Muirhead
United States Magistrate Judge

Date: May 24, 2010

cc:   Garry R. Lane, Esq.
      Karyl Roberts Martin, Esq.
      Ryan S. Spiegel, Esq.
      Sarah M. Hall, Esq.
      James D. Martin, *pro se*
      Shelley Martin, *pro se*
      James F. Laboe, Esq.