UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Dennis P. Glynn

    v.                              Civil No. 10-cv-88-JM

Impact Science & Technology, Inc.
Saltwhistle Technology, LLC, and
EDO Corporation

**O R D E R**

    I have reviewed the application for attorney fees. Based upon (1) my own knowledge of prevailing hourly rates (having heard many attorney fees applications in fifteen years); (2) on the bench and on the affidavits of the several New Hampshire attorneys; (3) on a review of the quality of counsel's work product; and (4) on the basis of the experience and expertise of plaintiff's counsel, I find that a rate of $250.00 is eminently reasonable. I apply that rate to all of plaintiff's counsel since New Hampshire rates control. I also find that of the specific time entry adjustments suggested by defense counsel, 14.2 hours are appropriately deducted.

    Plaintiff's counsel had little choice in the extent of their work give the extraordinarily aggressive onslaught of paper and

Case 1:10-cv-00088-PB   Document 66   Filed 05/24/10   Page 2 of 2

the less-than-candid tale woven by defendant. I concluded that defendant's position was not substantially justified.

Plaintiff's counsel are awarded fees and expenses as follows:

Ransmeier & Spellman

| | | | |
|---|---|---|---|
| Lane | 41.3 | @ $250 | 10,325.00 |
| Bedard | .5 | @ 250 | 125.00 |
| Low | 1.9 | @ 250 | 228.00 |

Employment Law Group

| | | | |
|---|---|---|---|
| Reduced | 55.4 | @ 250 | 13,850.00 |
| Becnel | 2.2 | @ 130 | 278.00 |

| | | | |
|---|---|---|---|
| Expenses | | | 43.40 |
| | | | $24,849.40 |
| Less | 14.2 | @ 250 | -2,358.00 |
| Fees and expenses allowed: | | | **$22,491.40** |

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: May 24, 2010

cc:   Garry R. Lane, Esq.
      Karyl Roberts Martin, Esq.
      Ryan S. Spiegel, Esq.
      Sarah M. Hall, Esq.
      James D. Martin, *pro se*
      Shelley Martin, *pro se*
      James F. Laboe, Esq.

2