```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Dennis P. Glynn**

    **v.**                                                       Case No. 10-cv-88-PB

**Impact Science & Technology, et al.**

### O R D E R

This is a sad case in which overly aggressive litigation tactics on the part of Winston & Strawn, inattentiveness by opposing counsel, and a decision by the court to act without waiting for a response from opposing counsel resulted in both parties incurring unnecessary legal fees.  Having reviewed the memoranda and attachments submitted by counsel, however, I am satisfied that no one at Winston & Strawn engaged in sanctionable misconduct.  Each party shall bear their own fees and costs incurred in litigating the issues that were before me.  That ends the matter in this court.

    SO ORDERED.

                                                            /s/Paul Barbadoro  
                                                             Paul Barbadoro  
                                                             United States District Judge

October 21, 2010

cc: Garry R. Lane, Esq.
    Karyl Roberts Martin, Esq.
    Ryan S. Spiegel, Esq.
    Sarah M. Hall, Esq.
    James D. Martin, pro se
    Shelley Martin, pro se
    James F. Laboe, Esq.